AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| SANDRA ELLIOTT, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>COMPUTER SCIENCES CORPORATION, )<br>)<br>    Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:13-CV-348-D** |

**Decision by the Court:**

    IT IS ORDERED AND ADJUDGED that the Court DISMISSES plaintiff's complaint as frivolous.  The Clerk shall close the case.

    **THE ABOVE JUDGMENT WAS ENTERED TODAY**, **MARCH 17, 2014** WITH A COPY  TO:

Sandra Elliott, Pro se  (via USPS to 52715-056, Alderson -FPC, Glen Ray Rd. - Box A, Alderson, WV 24910)


March 17, 2014                                           JULIE A. RICHARDS, Clerk
Date                                                   Eastern District of North Carolina

                                                           /s/ Debby Sawyer
                                                           (By) Deputy Clerk

Raleigh, North Carolina