IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| SANDRA ELLIOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 5:13-CV-348-D |
| | ) | |
| COMPUTER SCIENCES | ) | |
| CORPORATION d/b/a CSC, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| SANDRA ELLIOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 5:13-CV-349-D |
| | ) | |
| STATE OF NORTH CAROLINA, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| SANDRA ELLIOTT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 5:13-CV-350-D |
| | ) | |
| NORTH CAROLINA DEPARTMENT | ) | |
| OF HEALTH AND HUMAN SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On November 9, 2015, Sandra Elliott ("Elliott"), filed a motion for expedited consideration of her motion for summary judgment [D.E. 10]. The motion to expedite is baseless and is DENIED. To the extent Elliott seeks relief under Rule 60, the motion is baseless and is DENIED. See

Robinson v. Wix Filtration Corp., LLC, 559 F.3d 403, 412 n.12 (4th Cir. 2010); Nat'l Credit Union Admin. Bd. v. Gray, 1 F.3d 262, 264 (4th Cir. 1993).

SO ORDERED. This 22 day of February 2016.

*James Dever*
JAMES C. DEVER III
Chief United States District Judge

2

Case 5:13-cv-00348-D   Document 11   Filed 02/22/16   Page 2 of 2